# UNITED STATES DISTRICT COURT

## For the District of Kansas

FILED
U.S. District Court
District of Kansas

FEB 23 2026

Clerk, U.S. District Court
By_____ Deputy Clerk

-----------------------------------------------------------------

Anthony Mills

      Plaintiff

   v.          Complaint

               Case No.

               **2:26-cv-02109-KHV-ADM**

Arlene Bluth

      Defendant

-----------------------------------------------------------------

1. Defendant conspired with individuals in depriving due process rights, Defendant failed to dismiss 100269/2023, causing unreasonable cost to the parties,

2. This Court has jurisdiction under federal law,

3. Plaintiff demands jury trial and $1 Million against Defendant.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Executed on: 2/1/26

Anthony Mills